

# Fourth Court of Appeals
## San Antonio, Texas

January 4, 2017

No. 04-16-00639-CR

Jonathan Lopez **ARELLANO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6229W
Honorable Lori I. Valenzuela, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time is hereby GRANTED. Time is extended to January 16, 2017. **FURTHER MOTIONS FOR EXTENSION OF TIME ARE DISFAVORED.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court